UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

REGINALD T MORRIS #1077432     CASE NO. 6:19-CV-00528 SEC P

VERSUS     JUDGE SUMMERHAYS

DEPUTY SHETTY ET AL     MAGISTRATE JUDGE WHITEHURST

## PARTIAL JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED THAT** the claims against 15th Judicial District Court, Judge Marilyn Castle, Lafayette Parish Correctional Center and Sheriffs Office of Lafayette Parish be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

THUS DONE in Chambers on this _17th_ day of July, 2019.

Robert S. Summerhays
**United States District Judge**