# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**ABDUL W. U'DIN #353176**　　　　　　　CASE NO. 6:19-CV-0528 SEC P
*formerly known as Reginald T. Morris*

**VERSUS**　　　　　　　　　　　　　　　JUDGE ROBERT R. SUMMERHAYS

**DEPUTY SHETTY, ET AL**　　　　　　　MAGISTRATE JUDGE WHITEHURST

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's civil rights complaint filed pursuant to 42 U.S.C. §1983 be **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b).

THUS DONE in Chambers on this 12th day of February, 2020.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE